# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

MARCUS THADDAUES CARTER                      PLAINTIFF

VERSUS                      CIVIL ACTION NO. 1:08-cv-1354-HSO-JMR

JACKSON COUNTY, et al.                        DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

IT IS, HEREBY, ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

SO ORDERED, this the 23rd day of February, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE